# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Earl Russel Stocker, | ) | Case No. 1:15-cr-186 |
| | ) | |
| Defendant. | ) | |

Defendant was conditionally released pending trial after making his initial appearance the Central District of California on October 24, 2016. This court continued defendant's release subject to same conditions after arraigning him on November 9, 2016.

Pursuant to a request from the Pretrial Services Office, the court now strikes the condition of defendant's release requiring that he participate in an electronic remote alcohol monitoring program. All other conditions of defendant's release previously imposed remain in effect.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2016.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court